# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KAY SAGAL,

        Plaintiff,        Case No. 05-C-348

        v.

WACHOVIA BANK N.A. and
NORTH SHORE AGENCY,

        Defendants.

## OPINION AND ORDER

The parties to this action have agreed to dismiss this action voluntarily. Although class allegations were made by the Plaintiff, no class has been certified. Accordingly, the court ORDERS that this action is dismissed with prejudice. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Kay Sagal brought this action against Defendants Wachovia Bank N.A. and North Shore Agency before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having agreed to dismiss all claims voluntarily,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 19th day of August, 2005.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge